**AIRLINE PROFESSIONAL ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, Local Union No. 1224, AFL–CIO Plaintiff—Appellant**

v.

**ABX AIR, INC. Defendant—Appellee**

No. 00–3870.

United States Court of Appeals, Sixth Circuit.

Sept. 17, 2001.

Before DAUGHTREY and GILMAN, Circuit Judges; COHN * District Judge.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

---

* The Honorable Avern Cohn, U.S. District Judge for the Eastern District of Michigan, sitting by designation.